IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LIFE PARTNERS CREDITORS' TRUST et al., | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:19-cv-00497-O |
| v. | § § | |
| JAMES ALEXANDER et al., | § § § | |
| Defendants. | § | |

## ORDER

The United States Bankruptcy Judge made a report and recommendation in this case. *See* ECF No. 3. No objections were filed. The District Court reviewed the proposed report and recommendation for plain error. Finding none, the Court **ACCEPTS** the Report and Recommendation of the United State Bankruptcy Judge.

Accordingly, it is **ORDERED** that the Report and Recommendation of the United States Bankruptcy Judge is **ACCEPTED**. The Court **withdraws** the reference of this proceeding with respect to both trial and pre-trial matters.

**SO ORDERED** on this 1**6th day** of **December, 2019**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1