**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| LIFE PARTNERS CREDITORS' TRUST, et al., | § § § | |
| Plaintiffs, | § § | Civil Action No. 4:19-cv-00497-O |
| v. | § § | STIPULATION OF DISMISSAL OF COMPLAINT AGAINST |
| JAMES ALEXANDER., et al. | § § | DEFENDANT CLASS |
| Defendants. | § § | |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Life Partners Creditors' Trust and Alan M. Jacobs, as Trustee of the Life Partners Creditors' Trust ("Plaintiffs"), and Defendants James Alexander, Melchor Balazs, Isabel Balazs, A. H. Brorman, Dorothy Brorman, Russel J. Cepelak, Clair Crossland, Steven B. Deck, John Russell Gove, Ronald Larry Hankins, William Hinds, Geoff B. Horst, Janet K. Horst, Geoff Horst and Janet Horst, as Joint Tenants, James T. Lee, David W. Lynn, John R. Murray, William Michael Tolleson, Dean Vagnozzi, Elizabeth A. Cline, Robert G. Westrup, Steven T. Gibson, Steve Brorman, John P. Ley, Susan Nieder-Cassel, Katherine A. Hufstetler, Hollis Steven Hufstetler, and David DeBusk (the "Alexander Defendants") file this Agreed Stipulation of Dismissal Without Prejudice, and respectfully show the Court as follows:

1.      Plaintiffs agree to the dismissal without prejudice of all of their claims and causes of action against the Alexander Defendants as well as all other Defendants referenced in the alleged class which has not been certified.

2.      Each party will bear his, her, or its own attorney's fees and costs of suit.

3.      A proposed Agreed Order Granting the Agreed Stipulation of Dismissal Without

Prejudice is attached.

DATED: April 29, 2020.

By: /s/ Sydne K. Collier
David Mark Bennett
State Bar No. 02139600
Sydne K. Collier
Texas Bar No. 24089017
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone:  214.969.1700
Facsimile: 214.969.1751
David.Bennett@tklaw.com
Sydne.Collier@tklaw.com

**ATTORNEYS FOR PLAINTIFFS**


By:/s/ Thomas S. Brandon, Jr.
Thomas S. Brandon, Jr.
Texas Bar No. 02881400
Robert A. Simon
Texas Bar No. 18390000
Thomas F. Harkins, Jr.
Texas Bar No. 09000990
**WHITAKER CHALK SWINDLE&
SCHWARTZ PLLC**
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0532
Facsimile: (817) 878-0501
tbrandon@whitakerchalk.com
rsimon@whitakerchalk.com
tharkins@whitakerchalk.com

**ATTORNEYS   FOR   THE   ALEXANDER
DEFENDANTS**

<u>C<small>ERTIFICATE OF</small> S<small>ERVICE</small></u>

I hereby certify that on April 29, 2020, the foregoing was served on all parties entitled to service via the Court's Electronic Filing System and to all others pursuant to Federal Rule of Civil Procedure 5(b).

/s/ *Sydne K. Collier*
Sydne K. Collier